UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EMILE JENKINS,

        Plaintiff,

vs.

SACRAMENTO COUNTY SHERIFF'S DEPT., et. al.,

        Defendants.

No. C 14-1247 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner.  The acts complained of occurred in Sacramento County which lies within the venue of the United States District Court for the Eastern District of California.  Venue, therefore, properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).  In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: March 24, 2014.

        PHYLLIS J. HAMILTON
        United States District Judge

G:\PRO-SE\PJH\CR.14\Jenkins1247.trn.wpd