UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILE JENKINS, | No. 2:14-cv-0762 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

On August 29, 2014, the undersigned ordered defendants Cano, Silva and Vitale to *each* pay the United States Marshal the sum of $65 for the cost of effecting personal service. (ECF No. 23.) On February 18, 2015, the United States Marshal informed the court that as of February 2, 2015, the United States Marshal Service has received only $65 from defendants with a balance of $130 still outstanding.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants Cano, Silva and Vitale shall pay the United States Marshal Service $130; defendants shall file proof of payment with the court within that time.

Dated: February 24, 2015

Jenk762.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1